UNITED STATES BANKRUPTCY COURT
District of Maine

In the matter of:

L Randa Koczera
      Debtor

Chapter 7
Case No. 15 -

## AFFIDAVIT OF L RANDA KOCZERA

I, L Randa Koczera duly sworn, depose and state as follows:

1. I am filing this affidavit in support of my pending Chapter 7 case in order to clarify my income and employment situation.

2. My only income is Social Security Benefits. Therefore I have no payment advices in the last 60 days.

Date: September 28, 2015              /s/ L Randa Koczera
                                                                   L Randa Koczera

STATE OF MAINE
PENOBSCOT SS

    Personally appeared the above named L Randa Koczera being duly sworn, made oath that the foregoing affidavit which he signed and to which he subscribes is based on his own personal knowledge and that the facts set forth therein are true.

                                                                         Before me,

Date: September 28, 2015

                                                               /s/ Perry O'Brian
                                                               Perry O'Brian, Esq.
                                                               46 Columbia Street
                                                               Bangor, ME 04401